[Nos. 12581–8–I; 13661–5–I.   Division One.   June 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. REY
RIVAS, *Appellant.*

*In the Matter of the Personal Restraint of*
REY RIVAS, *Petitioner.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 82–1–00152–9, Walter J. Deierlein, Jr., J.,
entered December 10, 1982, together with a petition for
relief from personal restraint. Judgment *affirmed* and peti-
tion *transferred* to superior court by unpublished opinion
per Corbett, A.C.J., concurred in by Williams and Ringold,
JJ.

[Nos. 11837–4–I; 12596–6–I.   Division One.   June 25, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
FRANK DAILING, *Appellant.*

*In the Matter of the Personal Restraint of*
RICHARD FRANK DAILING, *Petitioner.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01662–2, Terrence A. Carroll, J., entered
September 8, 1981, together with a petition for relief from
personal restraint. Judgment and petition *dismissed* by
unpublished per curiam opinion.

[No. 11722–0–I.   Division One.   June 25, 1984.]

JOHN MELE, *Appellant,* v. CHARLES TURNER,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 81–2–14297–4, Jack P. Scholfield, J., entered
March 12, 1982. *Reversed* by unpublished opinion per
Williams, J., concurred in by Callow and Ringold, JJ.